**VICTORY SPARKLER & SPECIALTY CO.,** Plaintiff in Error, v. BAIRD & DANIELS CO., Inc., and Ruby H. Popper, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. January 22, 1925.)

No. 201.

In Error to the District Court of the United States for the Eastern District of New York.

See, also, 6 F.(2d) 27.

McManus, Ernst & Ernst, of New York City (H. I. Epstein and Irving L. Ernst, both of New York City, of counsel), for plaintiff in error.

Charles L. Woody and F. M. Anderson, both of New York City, for defendant in error.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.